RECEIVED
JAN 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERECK D. TAYLOR JR.<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-1030-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| K. THOMPSON, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), and after a de novo review of the record including the objection filed by Plaintiff (Doc. 14), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's claims against Judge Doggett, Officer Peterson, and Officer Aaron only are DENIED and DISMISSED with prejudice pursuant to §§ 1915(e)(2) and 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of January, 2018.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE